**Fill in this information to identify the case**

Debtor 1 <u>Charles Enright</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: <u>NORTHERN</u> District of <u>IL</u>
                                                                    **(State)**

Case number <u>15-20368</u>

# Form 4100R
## Response to Notice of Final Cure Payment                         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** Wells Fargo Bank NA

**Court claim no.** (if known): ____

**Last 4 digits** of any number you use to identify the debtor's account: 9162

**Property address:** 2662 Regency Ct. East
                Number        Street

Saint Charles  IL  60175
City                State       Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                              $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: Satisfaction of Mortgage Recorded 12/22/2016

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                         (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    (b) $_____

c.  Total. Add lines a and b.                                        (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   ___/___/____
                                                                      MM/DD/YYYY

Form 4100R                 **Response to Notice of Final Cure Payment**                 page **1**

19-009044_CJP

Debtor 1 __Charles Enright__    Case number (if known) 15-20368
        First Name  Middle Name  Last Name

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/ Umair Malik__                     Date  __March 7, 2019__
   Signature

Print:       Umair Malik                  Title  __Attorneys for Creditor__

Company      Manley Deas Kochalski LLC

Address      P.O. Box 165028
             Number        Street

             Columbus OH  43216-5028
             City          State      ZIP Code

Contact phone  614-220-5611              Email  amps@manleydeas.com

Form 4100R              **Response to Notice of Final Cure Payment**              page **2**

19-009044_CJP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

Ben L Schneider, Attorney for  Charles Enright, Schneider & Stone, 8424 Skokie Blvd., Suite 200, Skokie, IL  60077, ben@windycitylawgroup.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 07, 2019:

Charles Enright, 2662 Regency Ct. East, Saint Charles, IL 60175

/s/ Umair Malik

19-009044_CJP

2016K070744

SANDY WEGMAN
RECORDER - KANE COUNTY, IL
RECORDED: 12/22/2016 1:25 PM
REC FEE: 48.00   RHSPS: 9.00
PAGES: 3

When Recorded Mail To:
Wells Fargo Home Mortgage
C/O Nationwide Title Clearing,
Inc. 2100 Alt. 19 North
Palm Harbor, FL 34683



## SATISFACTION OF MORTGAGE

The undersigned declares that it is the present mortgagee of a Mortgage made by **DANA CHRISTINE MAES AND CHARLES WALTER ENRIGHT** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREAT PLAINS NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS** bearing the date 12/02/2014 and recorded in the office of the Recorder or Registrar of Titles of **KANE** County, in the State of **Illinois**, in **Document # 2014K061743**.

The above described Mortgage is, with the note accompanying it, fully paid, satisfied, and discharged. The recorder of said County is authorized to enter this satisfaction/discharge of record, with respect to the property therein described as situated in the County of KANE, State of Illinois as follows, to wit:
   SEE ATTACHED EXHIBIT A

Property is commonly known as: 2662 REGENCY CT E, SAINT CHARLES, IL 60175-0000.

**Dated this 22nd day of December in the year 2016**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREAT PLAINS NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS**

*Angela Pavao*
_____
**ANGELA PAVAO**
**ASST. SECRETARY**

All persons whose signatures appear above are employed by NTC, have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.